

David N. Ventker
757.625.1476
dventker@ventkerlaw.com

October 19, 2022

**VIA PRIORITY MAIL**
Peter A. Moore, Jr., Clerk of Court
United States District Court
For the Eastern District of North Carolina
PO Box 25670
Raleigh, NC 27611

    Re: *In the Matter of the Complaint of COUNTRY GIRL CHARTERS INC., AS OWNER OF THE FISHING VESSEL COUNTRY GIRL*, Civil Action No. 2:22-cv-00040

Dear Mr. Moore,

    In accordance with the Court's Order Accepting Security as entered on October 17, 2022, (D.E. 9), enclosed for filing is the original Surety Bond, a copy of which was attached as Exhibit A to Limitation Plaintiff's Memorandum in Support of Motion to Authorize Security.

    We trust that you will find all to be in order but if not, please feel free to contact us at the earliest opportunity.

Very truly yours,

VENTKER HENDERSON STANCLIFF, PLLC

By: _____
David N. Ventker, Esq.

DNV/blj
Enc.