IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION-IN ADMIRALTY
No. 2:22-CV-40-FL

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) <br> OF COUNTRY GIRL CHARTERS INC., ) <br> AS OWNER OF THE FISHING VESSEL ) <br> COUNTRY GIRL ) | **ENTRY OF DEFAULT** |

## ENTRY OF DEFAULT AGAINST NON-APPEARING PARTIES AND NON-ASSERTED CLAIMS

This Cause having come before the undersigned Clerk of Court on Limitation Plaintiffs Request for Entry of Default Against Non-Appearing Parties and Non-Asserted Claims, and having reviewed the record herein, the undersigned finds that:

1. On October 4, 2022, Limitation Plaintiff filed its Complaint for Exoneration from or Limitation of Liability pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 30501-30512, and Supplemental Rule F for any injuries, damages, or losses of whatever description arising from the Voyage of the FN COUNTRY GIRL (the "Vessel") on June 9, 2021 (DE-1).

2. Pursuant to Supplemental Rule F(4), an Order of Publication and Stay (DE-8) was duly issued on October 17, 2022, giving notice to all persons having claims with respect to the voyage of the fishing vessel COUNTRY GIRL on June 9, 2021, while the vessel was on the navigable waters of the United States. The Order directed that all persons having such claims must file them as provided for in Supplemental Rule F with the Clerk of Court and serve on or mail to Limitation Plaintiffs attorney a copy on or before November 28, 2022, "or be defaulted," The Notice further directed any claimant desiring to contest Limitation Plaintiff allegations to file an answer to the Complaint as required by the aforesaid Supplemental Rule F(5).

3. Also pursuant to the Order of Publication and Stay, the Court ordered that public notice be given by publication thereof in The News and Observer newspaper, and that Limitation Plaintiff shall also mail, not later than the day of the second publication, a copy of said Notice to every person known to have made any claim against Limitation Plaintiff arising out of the said incident

that is the subject of the limitation action. Said mailing and public notice has been made. See Notice of Filing Affidavit of Publication (DE-12).

4. In its Amended Order of December 20 (DE-17), the Court extended the deadline for filing claims to February 6, 2023, and required that a copy of the Notice of Complaint in Admiralty to be issued by the Clerk be served on the known potential claimant before January 7, 2023.

5. The Clerk issued an Amended Notice of Complaint in Admiralty on December 20, 2022 (DE-18) giving notice to "[a]11 persons having claims" with respect to the voyage of the FN COUNTRY GIRL on June 9, 2021, to file such claims in accordance with Rule F of the Supplemental Rules of Federal Civil Procedure for Maritime Claims and Asset Forfeitures, and serve on or mail to Limitation Plaintiffs counsel on or before February 6, 2023 "or be defaulted." The Notice further directed any claimant desiring to contest Limitation Plaintiff allegations to file an Answer to the Complaint as required by Supplemental Rule F(S).

6. A copy of this Notice was forwarded by counsel for Limitation Plaintiff to counsel for the only known potential claimant on December 21, 2022.

7. The deadline for receipt of claims and answers, February 6, 2023, has expired.

No person has filed any claims or pleadings in this matter.

THEREFORE, default is hereby entered against all claimants and other parties having an interest in this matter, and as to all claims arising from the Voyage at issue.

SO ORDERED. This the 21st day of April, 2023.

*[signature]*
Peter A. Moore, Jr.
Clerk of Court