UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Northern Division – In Admiralty

IN THE MATTER OF THE COMPLAINT
OF COUNTRY GIRL CHARTERS INC.,
AS OWNER OF THE FISHING VESSEL
COUNTRY GIRL

Civil Action No. 22-cv-0040

**ORDER**

This matter is before the Court on Limitation Plaintiff's Motion for Default Judgment of Exoneration as to any claims not yet filed. On October 4, 2022, Limitation Plaintiff, COUNTRY GIRL CHARTERS INC., filed a Complaint for Exoneration from or Limitation of Liability pursuant to the Limitation of Liability Act. An Order of Publication and Stay (DE-8) was duly issued by the Court on October 17, 2022. The Notice directed all person having claims arising from the voyage of the Passenger Vessel on June 9, 2021, to file such claims on or before November 28, 2022 or be defaulted. By Order dated December 20, 2022, the time to file claims was extended to February 6, 2023 (DE-17). As of this date, no parties have filed claims or otherwise appeared. In light of the failure of any party to file a claim in this action, the Clerk of the Court filed an Entry of Default against Non-Appearing Parties and Non-Asserted Claims on April 21, 2023 (DE-20).

For the same reasons cited by the Clerk, Limitation Plaintiff's motion for entry of a judgment of exoneration by default is GRANTED. A Judgment of Exoneration by Default is hereby entered in favor of Limitation Plaintiff and against all parties and claimants having an interest in this matter, and for any claims not filed, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule F(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, for failure to file a claim or answer in this action.

1

It is hereby further ORDERED as follows:

1. The Clerk of Court shall mark the Letter of Undertaking on behalf of Atlantic Specialty Insurance Company as "Cancelled" and provide a copy of the document so marked to David N. Ventker, Esq, counsel for limitation plaintiff;

2. This matter shall be closed on the docket; and

3. The Clerk shall provide certified copies of this Order to all counsel of record.

                IT IS SO ORDERED.

Entered:  5/15/23

                LOUISE W. FLANAGAN
                United States District Judge